IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Michael Robert Barker,<br><br>                          Plaintiff,<br>vs.<br><br>UTAH STATE OFFICE OF<br>EDUCATION et al.,<br><br>                          Defendants. | *AMENDED*<br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br>Case No.  2:04CV518 DAK |

On June 22, 2004, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge issued a Report and Recommendation on August 26, 2005, recommending that the Washington County Defendants' Motion to Dismiss be granted and that the Complaint be dismissed as to all Defendants pursuant to 28 U.S.C. § 1915(e)(2)(B).

On September 12, 2005, Plaintiff timely filed a thirty-page "Dishonor of Transaction . . . . and Objection to Report and Recommendation and Order Denying Motions."[1]  The court has reviewed Plaintiff's "Objection," along with all the other papers in this case.  The court finds no merit to Plaintiff's various objections to the Report and Recommendation.

Having reviewed the file in its entirety, the court hereby APPROVES and ADOPTS the Magistrate Judge's thorough and well-reasoned Report and Recommendation.  The Washington County Defendants' Motion to Dismiss [docket # 18] is GRANTED, and the Complaint is

---

[1] In its previous Order [docket # 29] the court mistakenly stated that Plaintiff had not filed an objection.

DISMISSED as to all Defendants. The federal claims are DISMISSED with prejudice, and to the extent Plaintiff has alleged any state claims, they are DISMISSED without prejudice. Plaintiff's Motion to Amend and Motion to Strike [docket # 22] are DENIED. The court's previous Order Adopting Report and Recommendation [docket # 29] is VACATED.

DATED this 21st day of September, 2005.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge